UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANDRA HUMMEL AS ADMINISTRATOR OF THE ESTATE OF WAYNE HUMMEL, DECEASED** | MISC. CASE NO. 17-mc-01 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS U.S.A., INC.** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, WAYNE HUMMEL

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Sandra Hummel, as Administrator of the Estate of Wayne Hummel and Derivative Claimant; and Randolph Hummel, Todd Hummel, and Gregory Hummel as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Sandra Hummel, as Administrator of the Estate of Wayne Hummel and Derivative Claimant; and Randolph Hummel, Todd Hummel, and Gregory Hummel as Derivative Claimants individually and as legal heirs to the Estate of Wayne Hummel, deceased, and Takeda, as notice to the Court on  January 12, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 12th of January 2017.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

-2-